**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. |
| | ) | |
| Ericka Ester Haynes | ) | |
| | ) | CHAPTER 13 |

## CHAPTER 13 PLAN

I.      The future earnings of debtor are submitted to the supervision and control of the trustee, and debtor shall pay to the trustee the sum of $1,960.00 per month for 60 months.


II.     From the payments so received, the trustee shall make disbursements as follows:

1.      All allowed priority claims entitled to priority under 11 USC 507 shall be paid in full during the plan. All allowed administrative claims shall be paid in full.  The debtors have paid **$200.00** directly to their attorney prior to filing. The Trustee will pay said attorney **$3,800.00** for a total of **$4,000.00**

2.      After the above payments, secured creditors whose claims are duly proved and allowed shall be treated as follows:

(i)     **OCWEN** has a security interest in debtor's house and this property will be surrendered in full satisfaction of the debt.

(ii)    **Suzuki Financial/Ally** has a security interest in Debtor's 2008 Ford Edge and will be paid in full through the plan according to their allowed proof of claim of 5.0% interest from the date of confirmation.  Upon completion of the plan, debtor will retain cars free and clear of any liens and creditor shall return title to debtor(s)

3.      Non-administrative priority claims shall be paid after administrative and secured claims have been paid in full.

4.      All funds remaining after payments are made above shall be paid to unsecured creditors in full pursuant to their allowed proof of claims. Debtors student loans will be paid the monthly maintenance payment through the plan, with Sallie Mae receiving $1,187.50 per month and ACS receiving $114.00 per month. Upon completion of the plan, Debtor will resume regular monthly payments on her student loans for the remaining balances.

III.    **Debtor has no executory contracts.**

IV.     All property shall remain property of the estate until dismissal or discharge. The debtor(s) will remain in possession of all property of the estate during the pendency of this case unless specifically provided herein [11 U.S.C. § 1306(b)]. All secured creditors shall retain the liens securing their claims unless otherwise stated.

V.      Debtor will turn over tax returns each year of the plan.


Dated: 6/20/2014                          *Ericka Ester Haynes*
                                          Ericka Ester Haynes


Acceptance may be mailed to:

Christopher Schimke 27328-53
Glaser & Ebbs
132 East Berry Street
Fort Wayne, IN 46802
Counsel For Debtor