UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-31682 |
| | ) | |
| Ericka Ester Haynes | ) | CHAPTER 13 |

**VERIFIED MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE**

Comes now the debtor and pursuant to 28 USC 1328(a), moves the court for the entry of a discharge in this Chapter 13 case. In support of this request, I state the following:

1. All of the payments required by the confirmed plan, whether made to the Chapter 13 trustee or made directly to creditors has been completed.

2. I am not required to pay domestic support obligation as defined by 11 USC 101(14A).

3. I did not receive a discharge under Chapter 7, 11, or 12 of the United States Bankruptcy Code during the four years prior to the date of the order for relief under Chapter 13 in this case.

4. I did not receive a discharge under Chapter 13 of the United States Bankruptcy Code during the two years prior to the date of the order for relief under Chapter 13 in this case.

5. After filing the petition in this case, I completed a course concerning personal financial management and a copy of the certificate of completion of that course has been file with the court

6. There is no proceeding pending in which I might be found guilty of a felony of the kind described in 11USC 522(q)(1)(a), or liable for a debt of the kind described in 11USC 523(q)(1)(B), and there is no reason to believe that 11 USC 522 (q)(1) might apply to me.

Wherefore, I respectfully request that following notice and the opportunity for a hearing the court enter a discharge pursuant to 28USC 1328(a).

I certify under the penalty of perjury that the foregoing statements are true and correct.

Date: *April 25, 2019*                              *Ericka Ester Haynes*
                                                    Ericka Ester Haynes

                                                    Respectfully submitted,

                                                    _____
                                                    Steven J. Glaser, #15173-02
                                                    132 East Berry Street
                                                    Fort Wayne, IN 46802
                                                    (260) 424-0954
                                                    COUNSEL FOR DEBTORS